MEF:TJS:JL
F. #2004R01824

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

MICHAEL PARADISO,
    also known as "Mickey Boy"
    and "Glasses,"
FRANK ROMANO,
    also known as "Frankie Fox,"
    and
GEORGE MILO,

        Defendants.

- - - - - - - - - - - - - - - - -X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 19 2006 ★
BROOKLYN OFFICE

O R D E R

Cr. No. 06-313 (CBA)

    Upon application of Assistant United States Attorney Joey Lipton, it is hereby ORDERED that the indictment in this matter, having been previously filed under seal, be unsealed given the arrest of defendants MICHAEL PARADISO, also known as "Mickey Boy" and "Glasses," ~~and~~ FRANK ROMANO, also known as "Frankie Fox," on May 16, 2006 *and* GEORGE MILO,

Date: May 16, 2006

s/Marilyn D. Go
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK