FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 31 2006 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
UNITED STATES OF AMERICA
                Government,

Sentencing Date: January 19, 2007 - 10:30

-against-

**MICHAEL PARADISO**
                Defendant.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**ORDER OF REFERRAL**
CR06-00313 (CBA)

AMON, U.S. DISTRICT JUDGE

    The defendant, **Michael Paradiso** having applied for permission to enter a plea of guilty, the Court refers the matter to USMJ **Steven M. Gold** to determine if the defendant, after full consultation with his/her counsel wishes to consent to enter his/her plea of guilty before a Magistrate-Judge. If both the Government and the defendant so consent, the Magistrate-Judge is directed to **(1)** obtain in writing, the consent of all parties, **(2)** conduct the allocution pursuant to F.R. Crim.P., Rule 11, **(3)** make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and **(4)** make a recommendation as to whether the plea of guilty should be accepted.

    To facilitate the Court's review of the transcript of the plea before sentencing, the Court asks the Magistrate-Judge to use the allocution drafted by the Court in taking a guilty plea.

    SO ORDERED.

Dated: Brooklyn, New York
       October 31, 2006

/s/
_____
Carol Bagley Amon
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
UNITED STATES OF AMERICA
                Government,

Sentencing Date: January 19, 2007 - 10:30

-against-

**GEORGE MILO**
                Defendant.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**ORDER OF REFERRAL**
CR06-00313 (CBA)

AMON, U.S. DISTRICT JUDGE

    The defendant, **George Milo** having applied for permission to enter a plea of guilty, the Court refers the matter to USMJ **Steven M. Gold** to determine if the defendant, after full consultation with his/her counsel wishes to consent to enter his/her plea of guilty before a Magistrate-Judge. If both the Government and the defendant so consent, the Magistrate-Judge is directed to **(1)** obtain in writing, the consent of all parties, **(2)** conduct the allocution pursuant to F.R. Crim.P., Rule 11, **(3)** make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and **(4)** make a recommendation as to whether the plea of guilty should be accepted.

    To facilitate the Court's review of the transcript of the plea before sentencing, the Court asks the Magistrate-Judge to use the allocution drafted by the Court in taking a guilty plea.

    SO ORDERED.

Dated: Brooklyn, New York
       October 31, 2006

/s/
_____
Carol Bagley Amon
United States District Judge

D1F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
UNITED STATES OF AMERICA
          Government,

-against-

**FRANK ROMANO**
          Defendant.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**Sentencing Date: January 19, 2007 - 10:30**

**ORDER OF REFERRAL**
CR06-00313 (CBA)

AMON, U.S. DISTRICT JUDGE

    The defendant, **Frank Romano** having applied for permission to enter a plea of guilty, the Court refers the matter to USMJ **Steven M. Gold** to determine if the defendant, after full consultation with his/her counsel wishes to consent to enter his/her plea of guilty before a Magistrate-Judge. If both the Government and the defendant so consent, the Magistrate-Judge is directed to **(1)** obtain in writing, the consent of all parties, **(2)** conduct the allocution pursuant to F.R. Crim.P., Rule 11, **(3)** make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and **(4)** make a recommendation as to whether the plea of guilty should be accepted.

    To facilitate the Court's review of the transcript of the plea before sentencing, the Court asks the Magistrate-Judge to use the allocution drafted by the Court in taking a guilty plea.

    SO ORDERED.

Dated: Brooklyn, New York
       October 31, 2006

/s/
_____
Carol Bagley Amon
United States District Judge