MEMORANDUM TO
THE HONORABLE CAROL B. AMON
United States District Judge

RE: Frank Romano
Michael Paradiso
George Milo
Docket No: 06-CR-313

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 19 2006 ★
P.M.
TIME A.M.

The above referenced defendants are presently scheduled for sentencing before Your Honor on January 19, 2007. However, two of the defendants have not yet been interviewed and the other was only interviewed on November 28, 2006.

This situation will prevent us from completing the presentence reports in time for the scheduled sentence date. As a result, we request an adjournment of sentence of approximately four weeks, so as to allow us sufficient time to interview the defendants, verify information provided by the defendant during the presentence interview and complete the presentence report.

Kindly indicate below if a sentence date of February 16, 2007 is acceptable to the Court.

RESPECTFULLY SUBMITTED:
Tony Garoppolo
Chief U.S. Probation Officer

Prepared by: _____
Helen Georgopoulos
Supervising U.S. Probation Officer

A sentence date of February 16, 2007 → at 11:30 is acceptable to the Court.

/s/Hon. Carol B. Amon          12/14/06
U.S. District Judge             Date

A sentence date of February 16, 2007 is not acceptable to the Court.
The sentence date shall be _____.

_____          _____
U.S. District Judge              Date

December 12, 2006